GEORGE MAUE, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Maue* v. *Erie R. R. Co.*, 148 App. Div. 900, affirmed.
(Argued November 26, 1913; decided December 16, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 4, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through negligence of defendant, his employer.

*John W. Ryan* for appellant.

*Ford White* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BART-LETT, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BROC R. SHEARS, Appellant.

*People* v. *Shears*, 158 App. Div. 577, affirmed.
(Argued December 2, 1913; decided December 16, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 10, 1913, which affirmed a judgment rendered at a Trial Term upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Robert H. Elder* for appellant.

*James C. Cropsey, District Attorney (Edward A. Fresh-man* and *Hersey Egginton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, CUDDE-BACK, HOGAN and MILLER, JJ.